# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 28, 2022

## NO. 03-20-00058-CV

**Appellant, Christopher F. Bertucci, as Executor of The Estate of Anthony R. Bertucci, Deceased, and derivatively on behalf of American Affordable Homes & Properties, Inc.; American Affordable Homes, LP; Town Vista Development, LLC; Town Vista Terrace, Inc.; and MidCrowne Senior SLP, LLC // Cross-Appellant, Eugene L. Watkins, Jr.**

**v.**

**Appellee, Eugene L. Watkins, Jr. // Cross-Appellee, Christopher F. Bertucci, as Executor of The Estate of Anthony R. Bertucci, Deceased, and derivatively on behalf of American Affordable Homes & Properties, Inc.; American Affordable Homes, LP; Town Vista Development, LLC; Town Vista Terrace, Inc.; and MidCrowne Senior SLP, LLC**

---

### APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### VACATED AND DISMISSED FOR WANT OF JURISDICTION --
### OPINION BY JUSTICE GOODWIN;
### DISSENTING OPINION BY JUSTICE TRIANA

---

This is an appeal and cross-appeal from the judgment signed by the probate court on December 18, 2019. Having reviewed the record, it is the opinion of this Court that the severance order was improper and that the appeal and cross-appeal should be dismissed for want of jurisdiction. Therefore, the Court vacates the severance order to the extent that it severed appellee/cross-appellant's claim for reasonable and necessary attorney's fees, expenses, and costs in defending against appellant/cross-appellee's claim asserted pursuant to Texas Civil

Practice & Remedies Code section 134.005(b) and dismisses the appeal and cross-appeal for want of jurisdiction. The appellant/cross-appellee shall pay all costs relating to this appeal and cross-appeal.